**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

United States of America,

Plaintiff

v.

Elias Alexander Saunders,

Defendant

Case Nos.
2:26-cr-00123-APG-MDC
2:26-cr-00124-JAD-DJA

**Order Granting in Part Motions to Consolidate and Transferring Proceedings**

Defendant Elias Alexander Saunders moves to consolidate two criminal proceedings that were opened against him on the same day.[1] The first case charges Saunders with illegal possession of a firearm, and the second case charges him with false personation of a federal officer. Saunders asserts that the two cases "involve overlapping facts, evidence, and law-enforcement conduct,"[2] so he requests that both proceedings be consolidated before a single district judge under the court's inherent authority to manage its docket. The government does not oppose this request.[3]

The undersigned judges construe Saunders's motions to consolidate as motions to transfer, as he identifies no procedural mechanism to consolidate distinct criminal cases under these circumstances. District courts are vested with inherent powers enabling them to manage their cases and courtrooms effectively" and may "exercise substantial discretion over what happens inside the courtroom."[4] The undersigned judges have reviewed the motions and,

---

[1] ECF No. 26 in 2:26-cr-00123-APG-MDC; ECF No. 23 in 2:26-cr-00124-JAD-DJA.

[2] ECF No. 26 at 2 in 2:26-cr-00123-APG-MDC.

[3] ECF No. 30 in 2:26-cr-00123-APG-MDC; ECF No. 28 in 2:26-cr-00124-JAD-DJA

[4] *United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008) (cleaned up).

exercising their discretion, find that transfer of these proceedings to a single district and magistrate judge will aid in the efficient disposition of these cases.

IT IS THEREFORE ORDERED that the motions to consolidate **[ECF No. 26 in 2:26-cr-123-APG-MDC; ECF No. 23 in 2:26-cr-00124-JAD-DJA] are GRANTED in part.** The Clerk of Court is directed to **TRANSFER Case No. 2:26-cr-00124-JAD-DJA** to Chief District Judge Andrew P. Gordon and Magistrate Judge Maximiliano D. Couvillier III for joint consideration with Case No. 2:26-cr-00123-APG-MDC.

Dated: November 13, 2026

____________________________________
U.S. District Judge Jennifer A. Dorsey

____________________________________
Chief U.S. District Judge Andrew P. Gordon